No. 00–8182.  FELICI v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–8186.  HADDEN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–8189.  FEASTER v. BESHEARS, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 00–8190.  HORTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–8195.  BURNETTE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–8204.  CALDERON-LEAL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–8208.  CURLEE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–8211.  MONTAGUE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–8213.  BASTIAN v. GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 00–8217.  MORTIMER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–8220.  FELICIANO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–8222.  ISHAM v. RANDLE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–8225.  FRANCIS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–8229.  HERRERA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–8230.  HATCHER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–8237.  GREEN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.